IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHURSHONDA ADKINS, ET AL.**                                                        **PLAINTIFFS**

vs.                                             No. 4:22-cv-858-BSM

**FLASH MARKET, LLC, and PFMFC, INC.,**                          **DEFENDANTS**

**JOINT NOTICE OF SETTLEMENT**

Plaintiffs and Defendants submit this Joint Notice of Settlement to apprise the Court as to a settlement in principle in the above-styled matter, as well as in the following, related lawsuits: *Amber Anglea v. Flash Market, LLC*, Western District of Tennessee, No. 2:22-cv-2621-MSN-ATC; *Pamela Battle v. Flash Market, LLC,* Western District of Tennessee, No. 2:22-cv-2622; *Amy Birmingham. v. Flash Market, LLC*, Eastern District of Missouri, No. 1:22-cv-119-SNLJ; and *Alyssa Patterson v. Flash Market, LLC*, Middle District of Alabama, No. 2:22-cv-554-MHT; (collectively, the "Flash Market Litigation").

Each lawsuit in the Flash Market Litigation was brought on behalf of individual plaintiffs and not as a class action or collective action; however, each plaintiff in the Flash Market Litigation asserts identical claims against Flash Market, LLC, PFMFC, Inc., or both Flash Market, LLC and PFMFC, Inc.  To resolve the Flash Market Litigation in a manner that is both efficient and fair, plaintiffs' counsel, Flash Market, LLC, and PFMFC, Inc. have agreed to the structure of a settlement that will soon be presented to each Plaintiff for acceptance. The claims of plaintiffs who accept the settlement and sign a release will be dismissed with prejudice.  The claims of plaintiffs who do not accept the settlement and

sign a release will be dismissed without prejudice and free to pursue their claims individually.

The settlement will resolve all claims asserted by Plaintiffs, as well the claims of other plaintiffs in the Flash Market Litigation. In light of their progress, the Parties request that all upcoming deadlines be stayed pending finalization of their settlement. Based on the complexity of the settlement in this case and the related cases, the Parties anticipate that within sixty (60) days from the filing of this Joint Notice of Settlement they will be able to file either a Motion for Approval of Settlement with respect to those plaintiffs who accept the settlement and sign a release, or stipulations of dismissal without prejudice as to those plaintiffs who do not.  Therefore, the Parties respectfully request that the Court allow them until June 9, 2023, to either file the appropriate dismissal papers or to provide a status update.

        Respectfully submitted,

        **KHURSHONDA ADKINS, et al., PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Center Parkway, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Daniel Ford
        Ark. Bar No. 2014162
        daniel@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **FLASH MARKET, LLC, and PFMFC, INC., DEFENDANTS**

        JACKSON LEWIS P.C.
        999 Shady Grove Road, Suite 110
        Memphis, Tennessee 38120
        Telephone: (901) 462-2600
        Facsimile: (901) 462-2626

        */s/ Jay A. Ebelhar*
        Jay A. Ebelhar
        Ark. Bar No. 2013019
        jay.ebelhar@jacksonlewis.com

        *ATTORNEYS FOR SEPARATE DEFENDANT FLASH MARKET, LLC.*

        QUATTLEBAUM, GROOMS, & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone: (501) 379-1700
        Facsimile: (501) 379-1701

        E. B. Chiles IV
        Ark. Bar No. 96179
        cchiles@ggtlaw.com

Joseph R. Falasco
Ark. Bar No. 2002163
jfalasco@qgtlaw.com

*/s/ S. Katie Calvert*
S. Katie Calvert
Ark. Bar No. 2019117
kcalvert@qgtlaw.com

*ATTORNEYS FOR SEPARATE DEFENDANT PFMFC, INC.*