IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHURSHONDA ADKINS,** *et al.*                                                                 **PLAINTIFFS**

v.                                    **CASE NO. 4:22-CV-00858-BSM**

**FLASH MARKET, LLC.,**
**and PFMFC, INC.**                                                                            **DEFENDANTS**

## ORDER

Pursuant to the parties' joint notice of settlement [Doc. No. 23], all scheduling order deadlines are stayed, and the clerk is directed to terminate the trial date from the docket. The parties are directed to file their joint stipulation of dismissal by June 9, 2023.

IT IS SO ORDERED this 11th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE