IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHURSHONDA ADKINS, ET AL.**                                                   **PLAINTIFFS**

vs.                              No. 4:22-cv-858-BSM

**FLASH MARKET, LLC, and PFMFC, INC.,**                          **DEFENDANTS**

## JOINT MOTION FOR EXTENSION OF TIME TO FILE DISMISSAL DOCUMENTS

Plaintiffs Khurshonda Adkins, et al., and Defendants Flash Market, LLC, and PFMFC, Inc., by and through their undersigned counsel, for their Joint Motion for Extension of Time to File Dismissal Documents, the Parties state as follows:

1. On April 11, 2023, the Parties informed this Court that they had reached a settlement in principle that would resolve all claims asserted by Plaintiffs as well as the claims of plaintiffs in four related lawsuits. Joint Notice of Settlement, ECF No. 23.

2. The Parties further stated that they were in the process of finalizing settlement terms and that they expected to file their dismissal papers with the Court within sixty (60) days of the filing of the Joint Notice of Settlement. *Id.*

3. The Court acknowledged the Parties' Notice of Settlement and set the deadline for the Parties' filing of dismissal documents as June 9, 2023. Order, ECF No. 24.

4. All settlement agreements have been distributed to their respective plaintiffs for their review and signature. Under the Parties' agreement, the latest day that any agreement may be returned is July 17.

Page 1 of 3
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Joint Motion for Extension of Time to File Dismissal Documents

5.  Accordingly, the Parties anticipate request that the deadline to file their dismissal papers be extended to July 21, 2023.

6.  This extension is sought in good faith and not for the purpose of delay.

WHEREFORE, premises considered, Plaintiffs and Defendants pray this Court grant this Motion to extend the deadline to file their dismissal papers to July 21, 2023.

Respectfully submitted,

**KHURSHONDA ADKINS, et al., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 3
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Joint Motion for Extension of Time to File Dismissal Documents

and FLASH MARKET, LLC, and PFMFC, INC., DEFENDANTS

JACKSON LEWIS P.C.
611 Commerce Street, Suite 2803
Nashville, Tennessee 37203
Telephone: (901) 462-2604
Facsimile: (901) 462-2626

*/s/ Jay A. Ebelhar*
Jay A. Ebelhar
Ark. Bar No. 2013019
jay.ebelhar@jacksonlewis.com

*ATTORNEYS FOR SEPARATE DEFENDANT FLASH MARKET, LLC.*

QUATTLEBAUM, GROOMS, & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701

E. B. Chiles IV
Ark. Bar No. 96179
cchiles@qgtlaw.com

Joseph R. Falasco
Ark. Bar No. 2002163
jfalasco@qgtlaw.com

*/s/ S. Katie Calvert*
S. Katie Calvert
Ark. Bar No. 2019117
kcalvert@qgtlaw.com

*ATTORNEYS FOR SEPARATE DEFENDANT PFMFC, INC.*

Page 3 of 3
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Joint Motion for Extension of Time to File Dismissal Documents