IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHURSHONDA ADKINS, ET AL.**          **PLAINTIFFS**

vs.          No. 4:22-cv-858-BSM

**FLASH MARKET, LLC, and PFMFC, INC.,**          **DEFENDANTS**

## NOTICE OF SUGGESTION OF DEATH

Plaintiffs inform the Court of the death of Plaintiff DeQuan Sims. Mr. Sims passed away on February 10, 2023. A copy of Mr. Sims' obituary is attached hereto as Exhibit 1.

Respectfully submitted,

**KHURSHONDA ADKINS, et al.,
PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 1
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Notice of Suggestion of Death