

# DeQuan Juanyae Sims

Wednesday, March 1, 2023

DeQuan Juanyae Sims was born June 4,1998, to his parents, Rosemary Hill and Paul B.Sims Sr., in Blytheville. DeQuan was a CNA. He passed away Feb. 10, 2023 in Blytheville.

He is survived by his parents, Rosemary Hill and Paul B. Sims of Blytheville; two brothers, Paul Sims Jr. and John Sims of Blytheville; and two sisters, Shakira and Terrica Sims of Blytheville.

A visitation service will be Saturday, March 4, from 12-2 p.m. at Wilson Funeral Home in Blytheville. Funeral service will follow at 2 p.m. Burial will be held at Sandy Ridge located in Burdette. Wilson Funeral Home will be in charge of services.