UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHURSHONDA ADKINS, et al.**                                                                 PLAINTIFFS

v.                              CASE NO. 4:22-CV-00858-BSM

**FLASH MARKET LLC, et al.**                                                                  DEFENDANTS

## ORDER

Based on Notice of Suggestion of Death [Doc. No. 27], the clerk is directed to dismiss plaintiff Dequan Sims due to his untimely death.

IT IS SO ORDERED this 30th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE