IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KURSHONDA ADKINS,** *et al.*                                                                    **PLAINTIFFS**

v.                                    CASE NO. 4:22-CV-00858-BSM

**FLASH MARKET LLC,** *et al.*                                                                **DEFENDANTS**

## ORDER

The parties are directed to file their joint stipulation of dismissal or provide a status update within fourteen days.

IT IS SO ORDERED this 7th day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE