IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHURSHONDA ADKINS, ET AL.**                                             **PLAINTIFFS**

vs.                                          No. 4:22-cv-858-BSM

**FLASH MARKET, LLC, and PFMFC, INC.,**                              **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL OF CERTAIN PLAINTIFFS WITHOUT PREJUDICE

Plaintiffs Khurshonda Adkins, et al., and Defendants Flash Market, LLC, and PFMFC, Inc., by and through their undersigned counsel, for their Stipulation of Dismissal without Prejudice of Plaintiffs, state as follows:

1. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties hereby jointly stipulate to the dismissal of Plaintiffs Khurshonda Adkins, Jenny Bowers, Rickey Butler, Maria Caudill, Tiffany Clark, Kimberly Cole, Bradley Cox, Christopher Crowe, Brent Dooley, Avion Douglass, Alander Dyson, Shelia Fagget, Shavona Ford, Donald Fox, Trinity Hart, Dayca Hays, Chase Hedger, Jessica Holifield, Nicole Hollan, Elizabeth Howard, Michelle Huskey, Lisa Johansen, Iola Johnson, Mika Kelley, Jayda King, Tevin Leflore, Devante Leonard, Denarius London, Carl Luebken, Destinee Mabane, Anita Martin, Virland Martin, Jazzmin McDuffie, Misty Neal, Clifton Newton, Joshua Northcutt, Wesley Norvell, Cheyenne Okert, Andrew Rouse, Latasha Rowe, Teresa Sadler, Carol Salverson, Tabtha Schell, Brittney Scranton, Christeena Steiner, Kyle Tripp, Kelley Williams, Homer Woods, and Michele Yerby without prejudice.

2. The dismissal of these Plaintiffs is not intended to, and will not, affect the

Page 1 of 3
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Joint Stipulation of Dismissal of Certain Plaintiffs without Prejudice

claims of any other Plaintiffs.

        Respectfully submitted,

        **KHURSHONDA ADKINS, et al., PLAINTIFFS**

        SANFORD LAW FIRM, PLLC
        Kirkpatrick Plaza
        10800 Financial Centre Pkwy, Suite 510
        Little Rock, Arkansas 72211
        Telephone: (501) 221-0088
        Facsimile: (888) 787-2040

        Daniel Ford
        Ark. Bar No. 2014162
        daniel@sanfordlawfirm.com

        Josh Sanford
        Ark. Bar No. 2001037
        josh@sanfordlawfirm.com

**and**    **FLASH MARKET, LLC, and PFMFC, INC., DEFENDANTS**

        JACKSON LEWIS P.C.
        611 Commerce Street, Suite 2803
        Nashville, Tennessee 37203
        Telephone: (901) 462-2604
        Facsimile: (901) 462-2626

        */s/ Jay A. Ebelhar*
        Jay A. Ebelhar
        Ark. Bar No. 2013019
        jay.ebelhar@jacksonlewis.com

        *ATTORNEYS FOR SEPARATE DEFENDANT FLASH MARKET, LLC.*

        QUATTLEBAUM, GROOMS, & TULL PLLC
        111 Center Street, Suite 1900
        Little Rock, Arkansas 72201
        Telephone: (501) 379-1700
        Facsimile: (501) 379-1701

Page 2 of 3
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Joint Stipulation of Dismissal of Certain Plaintiffs without Prejudice

    E. B. Chiles IV
    Ark. Bar No. 96179
    cchiles@qgtlaw.com

    Joseph R. Falasco
    Ark. Bar No. 2002163
    jfalasco@qgtlaw.com

    */s/ S. Katie Calvert*
    S. Katie Calvert
    Ark. Bar No. 2019117
    kcalvert@qgtlaw.com

    *ATTORNEYS FOR SEPARATE DEFENDANT PFMFC, INC.*

**Page 3 of 3**
**Khurshonda Adkins, et al. v. Flash Market, LLC, et al.**
**U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM**
**Joint Stipulation of Dismissal of Certain Plaintiffs without Prejudice**