IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KHURSHONDA ADKINS, ET AL.**                                                                 **PLAINTIFFS**

vs.                                        No. 4:22-cv-858-BSM

**FLASH MARKET, LLC, and PFMFC, INC.,**                                         **DEFENDANTS**

## JOINT MOTION FOR APPROVAL OF SETTLEMENT

Plaintiffs Elizabeth Alvarez, et al., and Defendants Flash Market, LLC, and PFMFC, Inc., hereby request approval of the settlement reached in this case. In support of this Motion, the Parties file the instant Memorandum in Support and Proposed Order.

Respectfully submitted,

**ELIZABETH ALVAREZ,
et al., PLAINTIFFS**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Daniel Ford
Ark. Bar No. 2014162
daniel@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 1 of 2
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Joint Motion for Approval of Settlement

**FLASH MARKET, LLC, and PFMFC INC., DEFENDANTS**

JACKSON LEWIS P.C.
611 Commerce Street, Suite 2803
Nashville, Tennessee 37203
Telephone: (901) 462-2604
Facsimile: (901) 462-2626

*/s/ Jay A. Ebelhar*
Jay A. Ebelhar
Ark. Bar No. 2013019
jay.ebelhar@jacksonlewis.com
Admitted Pro Hac Vice

*ATTORNEYS FOR SEPARATE DEFENDANT FLASH MARKET, LLC.*

QUATTLEBAUM, GROOMS, & TULL PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201
Telephone: (501) 379-1700
Facsimile: (501) 379-1701

E. B. Chiles IV
Ark. Bar No. 96179
cchiles@qgtlaw.com
Admitted Pro Hac Vice

*/s/ S. Katie Calvert*
S. Katie Calvert
Ark. Bar No. 2019117
kcalvert@qgtlaw.com
Admitted Pro Hac Vice

*ATTORNEYS FOR SEPARATE DEFENDANT PFMFC, INC.*

Page 2 of 2
Khurshonda Adkins, et al. v. Flash Market, LLC, et al.
U.S.D.C. (E.D. Ark.) No. 4:22-cv-858-BSM
Joint Motion for Approval of Settlement