Exhibit 2 - Settlement Allocation

| Name | FM Allocation | FM Fee Share | PFMFC Allocation | PFMFC Fee Share |
|---|---|---|---|---|
| Alvarez, Elizabeth | $139.40 | $45.33 | $0.00 | $0.00 |
| Anthony, Jalyn | $0.00 | $0.00 | $38.38 | $18.98 |
| Bailey, Karen | $171.81 | $55.87 | $0.00 | $0.00 |
| Bailey, Valerie | $991.26 | $322.36 | $174.13 | $86.13 |
| Baker, Whitney | $1,605.20 | $522.02 | $139.31 | $68.91 |
| Barnes, Verstine | $698.54 | $227.17 | $483.30 | $239.05 |
| Brooks, Ada | $1,171.24 | $380.89 | $0.00 | $0.00 |
| Burns, Iv, George | $227.81 | $74.08 | $0.00 | $0.00 |
| Canard, Elizabeth | $119.21 | $38.77 | $0.00 | $0.00 |
| Cannon, Alexandria | $0.00 | $0.00 | $367.02 | $181.54 |
| Carter, Elizabeth | $0.00 | $0.00 | $28.46 | $14.08 |
| Clayton, Ta Von | $621.74 | $202.19 | $21.54 | $10.65 |
| Cooper, Sandra | $4,015.09 | $1,305.72 | $4,594.46 | $2,272.53 |
| Counce, Melinda | $1,361.88 | $442.89 | $0.00 | $0.00 |
| Cox, Tristan | $749.41 | $243.71 | $0.00 | $0.00 |
| Culbreath, Skylar | $0.00 | $0.00 | $1,060.49 | $524.54 |
| Davis, Latisha | $177.25 | $57.64 | $0.00 | $0.00 |
| Dodson, Jordan | $559.14 | $181.83 | $0.00 | $0.00 |
| Durham, Miatoya | $0.00 | $0.00 | $249.54 | $123.43 |
| Earls, Tony | $449.01 | $146.02 | $0.00 | $0.00 |
| Edmonson, Lana | $571.75 | $185.93 | $113.84 | $56.31 |
| Edwards, Phillip | $0.00 | $0.00 | $2,016.01 | $997.17 |
| Endicott, Madison | $0.00 | $0.00 | $365.30 | $180.69 |
| Fagan, Rachel | $0.00 | $0.00 | $345.89 | $171.09 |
| Ford, Shavona | $1,722.50 | $560.16 | $0.00 | $0.00 |
| Foster, Kerri | $68.11 | $22.15 | $0.00 | $0.00 |
| Frazier, Demarco | $436.80 | $142.05 | $0.00 | $0.00 |
| Galmore, Robert | $1,369.49 | $445.36 | $0.00 | $0.00 |
| Gardner, April | $15.78 | $6.29 | $0.00 | $0.00 |
| Gould, Terri | $128.88 | $51.33 | $0.00 | $0.00 |
| Grimes, Lauren | $321.98 | $104.71 | $20.27 | $10.03 |
| Harper, Crystal | $0.00 | $0.00 | $591.09 | $292.37 |
| Harrison, Mary | $385.97 | $125.52 | $0.00 | $0.00 |
| Hawkins, Jeannette | $830.25 | $330.66 | $0.00 | $0.00 |
| Hicks, Tara | $0.00 | $0.00 | $50.26 | $24.86 |
| Hill, Amber | $2,319.99 | $754.47 | $691.32 | $341.94 |
| Hooton, Jennifer | $18.94 | $6.16 | $6.40 | $3.17 |
| Housman, Deborah | $835.19 | $271.61 | $0.00 | $0.00 |
| Hopson, Dawn | $4,447.46 | $1,446.33 | $2,023.04 | $1,000.64 |
| Howley, Elizabeth | $1,923.20 | $625.43 | $1,264.31 | $625.36 |
| Hoyt, Jeffrey | $37.48 | $12.19 | $0.00 | $0.00 |
| Hull, Rebecca | $572.10 | $186.05 | $0.00 | $0.00 |
| Irby, Ca'Terria | $906.45 | $294.78 | $0.00 | $0.00 |

| Name | | | | |
|---|---|---|---|---|
| Jeffries, Elizabeth | $296.14 | $96.31 | $0.00 | $0.00 |
| Johnson, Cindy | $3,904.18 | $1,269.65 | $2,372.08 | $1,173.29 |
| Johnson, Talira | $0.00 | $0.00 | $406.38 | $201.01 |
| Johnson, Tanisha | $28.80 | $9.37 | $0.00 | $0.00 |
| Jones, Joshua | $0.00 | $0.00 | $180.43 | $89.24 |
| LeMaster, Daniel | $0.00 | $0.00 | $716.55 | $354.42 |
| Lewis, Lorenzo | $2,939.28 | $955.86 | $0.00 | $0.00 |
| Liles, Kerri | $695.99 | $226.34 | $0.00 | $0.00 |
| Lopez, Kelly | $3,626.54 | $1,179.36 | $1,284.93 | $635.56 |
| Love, Dannis | $65.72 | $21.37 | $421.70 | $208.58 |
| Madden, Brittany | $658.81 | $214.25 | $0.00 | $0.00 |
| Malone, Claudia | $419.89 | $136.55 | $0.00 | $0.00 |
| Malott, Allison | $208.60 | $67.84 | $0.00 | $0.00 |
| Maples, Tiffany | $381.24 | $123.98 | $0.00 | $0.00 |
| Matney, Amy | $320.93 | $104.37 | $0.00 | $0.00 |
| Mayfield, Alexis | $221.78 | $72.12 | $0.00 | $0.00 |
| Mccracken, Tina | $578.47 | $188.12 | $0.00 | $0.00 |
| McMahon, Melissa | $640.22 | $208.20 | $61.82 | $30.58 |
| Meacham, Wade | $17.76 | $5.77 | $0.00 | $0.00 |
| Mems, Lillie | $0.00 | $0.00 | $14.23 | $7.04 |
| Nall Kilcrease, Melissa | $835.19 | $271.61 | $0.00 | $0.00 |
| O'Brien, Loretta | $288.03 | $93.67 | $0.00 | $0.00 |
| Okert, Amanda | $0.00 | $0.00 | $125.74 | $62.19 |
| Osburn, Erin | $286.19 | $93.07 | $194.44 | $96.17 |
| Patterson, Sanijahdra | $226.46 | $73.65 | $192.66 | $95.29 |
| Pearson, Jalin | $835.19 | $271.61 | $0.00 | $0.00 |
| Redding, Daphne | $966.37 | $314.27 | $0.00 | $0.00 |
| Scales, Shelia | $4,068.25 | $1,323.01 | $2,888.06 | $1,428.50 |
| Schrader, Erica | $0.00 | $0.00 | $881.44 | $435.98 |
| Shaw, Lindsey | $2,374.97 | $772.35 | $485.99 | $240.38 |
| Smith, Heather | $3,854.23 | $1,253.41 | $0.00 | $0.00 |
| Smith, Torrence | $36.50 | $11.87 | $353.31 | $174.76 |
| Tanner, Tiffany | $259.00 | $84.23 | $288.05 | $142.48 |
| Toombs, Takeria | $0.00 | $0.00 | $91.53 | $45.27 |
| Tribble, Rhonda | $0.00 | $0.00 | $1,320.49 | $653.15 |
| Weber, Jamie | $0.00 | $0.00 | $188.10 | $93.04 |
| Wright, Corey | $228.65 | $74.36 | $0.00 | $0.00 |
| Total: | $59,233.73 | | $27,112.29 | |