# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KURSHONDA ADKINS,** *et al.*                                                           **PLAINTIFFS**

**v.**                         **CASE NO. 4:22-CV-00858-BSM**

**FLASH MARKET LLC** *et al.*                                                         **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 32] the following plaintiffs are dismissed without prejudice: Khurshonda Adkins, Jenny Bowers, Rickey Butler, Maria Caudill, Tiffany Clark, Kimberly Cole, Bradley Cox, Christopher Crowe, Brent Dooley, Avion Douglass, Alander Dyson, Shelia Fagget, Shavona Ford, Donald Fox, Dayca Hays, Chase Hedger, Jessica Holifield, Nicole Hollan, Elizabeth Howard, Michelle Huskey, Lisa Johansen, Iola Johnson, Mika Kelley, Jayda King, Tevin Leflore, Devante Leonard, Denarius London, Carl Luebken, Destinee Mabane, Anita Martin, Virland Martin, Jazzmin McDuffie, Misty Neal, Clifton Newton, Joshua Northcutt, Wesley Norvell, Cheyenne Okert, Andrew Rouse, Latasha Rowe, Teresa Sadler, Carol Salverson, Tabtha Schell, Brittney Scranton, Christeena Steiner, Kyle Tripp, Kelley Williams, Homer Woods, and Michele Yerby.  Fed. R. Civ. P. 41(a)(1)(A)(ii).

The parties' joint motion for approval of their settlement agreement [Doc. No. 33] is granted and settlement is approved because the agreement and the entire record indicate the parties are not attempting to negotiate around the Fair Labor Standards Act (FLSA), and plaintiffs' recovery is fair and reasonable and furthers the goals of the FLSA.  The attorneys'

fees and costs are approved because they are reasonable and have been negotiated separately from the amount the plaintiffs will receive. Before approving this request, the settlement agreement was scrutinized to assure that the parties were not attempting to negotiate around the requirements of the FLSA and that the agreement represented a fair and reasonable resolution of a bona fide dispute. *Cruthis v. Vision's*, 2014 WL 4092325, at *1 (E.D. Ark. Aug. 19, 2014). Because the settlement agreement has been approved, this case is dismissed with prejudice.

    IT IS SO ORDERED this 2nd day of October, 2023.

                                                                   UNITED STATES DISTRICT JUDGE