IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KURSHONDA ADKINS,** *et al.* **PLAINTIFFS**

v.  CASE NO. 4:22-CV-00858-BSM

**FLASH MARKET LLC** *et al.* **DEFENDANTS**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 2nd day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE